COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS





ALWAYS CARING HEALTH CARE
SERVICE INC.,


 Appellant,


v.


MARTHA B. FRANCO,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


 

No. 08-10-00178-CV



Appeal from the


County Court at Law No. 5


of El Paso County, Texas


(TC# 2009-1383)


MEMORANDUM OPINION


 Pending before the Court is a joint motion to dismiss. See Tex. R. App. P. 42.1(a). The
motion is granted, and the suit is dismissed with prejudice. The parties shall bear their own costs.


 GUADALUPE RIVERA, Justice

November 17, 2010


Before Chew, C.J., McClure, and Rivera, JJ.